MICHAEL BAILEY
United States Attorney
District of Arizona

GAYLE HELART
Assistant United States Attorney
California State Bar No. 151861
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: Gayle.Helart@usdoj.gov
Attorneys for Plaintiff

FILED ___ LODGED
___ RECEIVED ___ COPY

SEP 2 3 2020

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ M DEPUTY

REDACTED FOR
PUBLIC DISCLOSURE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>vs.<br><br>Kenroy Kean Bravo,<br><br>    Defendant. | No. CR-20-00511-PHX-GMS (ESW)<br><br>**I N D I C T M E N T**<br><br>VIO: 18 U.S.C. § 111(a)(1) and (b)<br>(Assault on a Federal Officer)<br>Counts 1 and 2 |

**THE GRAND JURY CHARGES:**

<u>**COUNT 1**</u>

On or about October 23, 2019, in the District of Arizona, KENROY KEAN BRAVO, intentionally forcibly assaulted, resisted, opposed, impeded, intimidated, interfered with, and inflicted bodily injury upon M. M., a person designated in 18 U.S.C. § 1114, an employee of CoreCivic, assisting federal officers at the Central Arizona Federal Correctional Center, while engaged in and on account of the performance of his official duties.

In violation of Title 18, United States Code, Sections 111(a)(1) and (b).

## COUNT 2

On or about October 23, 2019, in the District of Arizona, KENROY KEAN BRAVO, intentionally forcibly assaulted, resisted, opposed, impeded, intimidated, interfered with, and inflicted bodily injury upon A. M., a person designated in 18 U.S.C. § 1114, an employee of CoreCivic, assisting federal officers at the Central Arizona Federal Correctional Center, while engaged in and on account of the performance of his official duties.

In violation of Title 18, United States Code, Sections 111(a)(1) and (b).

A TRUE BILL

S/

FOREPERSON OF THE GRAND JURY
Date: September 23, 2020

MICHAEL BAILEY
United States Attorney
District of Arizona

S/

GAYLE HELART
Assistant U.S. Attorney